FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 18 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**JERRY CANKAT**, individually,

**Plaintiff,**

v.

**WILLIAMSBURGER LLC d/b/a WILLIAMSURGER**, a New York for profit corporation, and **3615 GREENPOINT, LLC,** a New York for profit corporation,

**Defendants.**

Case No. 1:16-cv-00376

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom committee has been appointed or conservatee and no person not a party has an interest in this subject matter of the action, that the above entitled action be dismissed *with prejudice*, without costs and attorney's fees to either party as against the other and that each party waives all rights of appeal with respect to such dismissal.

Respectfully submitted on April 15, 2017.

By: /s/ John S. Yong
John S. Yong, Esq.
39 East Broadway, Suite 604
New York, NY 1002
Tel: 212-233-688
johnsyong@gmail.com

By: _____
Tara Demetriades, Esq.
*Attorneys for Plaintiff*
ADA Accessibility Associates
1076 Wolver Hollow Road
Oyster Bay, NY 11771
Tel. No.: (516) 595-5009
Fax No.: (516) 626-7704

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Stipulation for Dismissal has been served via the Court's CM/ECF filing system upon all parties of record on April 15, 2017.

The application is ✓ granted.
SO ORDERED. ___ denied.

s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: Apr. 17, 2017
Brooklyn, New York